# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **BOARDS OF TRUSTEES OF THE OHIO LABORERS BENEFITS,** | * Case No. 2:23-cv-3047 |
| *Plaintiffs,* | * Judge James L. Graham |
| v. | * Magistrate Judge Elizabeth Preston Deavers |
| **HENRY F. TEICHMANN, INC.,** | * **CONSENT ENTRY IN LIEU OF GARNISHMENT, ATTACHMENT, AND EXECUTION** |
| *Defendant.* | * |
| | * |

The parties hereby stipulate to the following terms in lieu of commencement of garnishment, attachment, and other execution proceedings. Pursuant to the terms of the stipulation, this Court finds, and Defendant Henry F. Teichmann, Inc. ("Defendant Teichmann") consents to entry, that Defendant Teichmann owes to Plaintiffs Boards of Trustees of the Ohio Laborers Benefits ("Plaintiffs") the amount of $14,658.10, including interest from the date of judgment at the rate of one percent (1%) per month, which will be waived going forward if payments are made according to the following schedule. It is therefore,

ORDERED that Plaintiffs are awarded, and Defendant Teichmann shall pay to Plaintiffs, the sum of $14,658.10 as and for liquidated damages, interest, court costs, and attorneys' fees through October 2025 according to the schedule below; and it is further

ORDERED that Defendant Teichmann shall pay the liquidated damages, interest, court costs, and attorneys' fees to Plaintiffs in two (2) equal installments as follows:

$7,329.05 on or before November 28, 2025;

$7,329.05 on or before December 31, 2025;

and it is further

ORDERED that all checks or money orders shall be made payable to Ohio Laborers Benefits and mailed to Ohio Laborers Benefits, 800 Hillsdowne Road, Westerville, Ohio 43081; and it is further

ORDERED that, if any payment required hereunder is delinquent or if monthly contributions for covered work performed after entry of this judgment are delinquent, the full balance of this judgment shall become due and owing immediately and subject to garnishment, attachment, and execution; and it is further

ORDERED that Defendant Teichmann shall not violate 29 U.S.C. §§ 1132 and 1145 in the future and that Defendant Teichmann shall remit monthly benefit contributions and reports to Plaintiffs on or before the 15th day of each month with respect to the preceding month's payroll.

The Judgment Debtor's Exam scheduled for November 19, 2025 is VACATED.

IT IS SO ORDERED.

  November 18, 2025                         s/ *Elizabeth A. Preston Deavers*
       Date                                 ELIZABETH A. PRESTON DEAVERS
                                            JUNITED STATES MAGISTRATE JUDGE

| FOR PLAINTIFFS: | FOR DEFENDANT: |
|---|---|
| _____ | _____ |
| By: Brian Gaston | By: Henry F. Teichmann |
| Its: Communications & Contractor Relations Manager | Its: Owner |
| Date:_____ | Date:_____ |